IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WENJIE XIE,**<br><br>          Plaintiff,<br><br>      v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",**<br><br>          Defendants. | Civil Action No.: 25-cv-00325<br><br>Honorable Judge Jorge L. Alonso<br><br>Magistrate Judge Heather K. McShain |

## MOTION TO STAY BRIEFINGS

Plaintiff Wenjie Xie ("Plaintiff"), by and through his counsel, move this Court to stay the briefing of Defendant https://www.pandawhole.com/'s Motion to Dismiss [69] and Defendant https://www.pandahall.com/'s Motion to Dismiss [46]. In support thereof, Plaintiff states as follows:

1. Only three Defendants remain in this Lawsuit – Yueguang Xia, https://www.pandahall.com/, and https://www.pandawhole.com/ represented by Jianyin Liu ("LIU Defendants"). The LIU Defendants continue to file numerous motions, all while failing to fully participate in timely issued discovery.

2. The following is a brief overview of the pending Motions before this Court[1]:

   a. Motion by Defendant https://www.nekonozakka.com/ to Dismiss [70] – MOOT.

---

[1] The LIU Defendants have now filed 10 motions – all very similar [33, 37, 41, 43, 46, 53, 59, 69, 88, 91], 7 of which remain pending.

1

    b. Motion by Defendant Yueguang Xia to Dissolve Preliminary Injunction [33, 63, 75] – Fully Briefed.

    c. Motion by Defendant Yueguang Xia to Dismiss for Failure to State a Claim [37, 68, 79] – Fully Briefed.

    d. Motion by Defendant https://www.pandahall.com/ to Dissolve Preliminary Injunction [43, 63, 81] – Fully Briefed.

    e. Motion by Defendant https://www.pandawhole.com/ to Dissolve Preliminary Injunction [59, 63, 82] – Fully Briefed.

    f. Motion by Defendants https://www.pandahall.com/, https://www.pandawhole.com/ for evidentiary hearing or discovery [88, 94] – Plaintiff filed Response; Defendant's Reply due May 8, 2025.

    g. Motion by Defendants Yueguang Xia, https://www.pandahall.com/, https://www.pandawhole.com/ to stay expedited discovery [91] – DENIED.

    h. **Motion by Defendant https://www.pandawhole.com/ Motion to Dismiss for Failure to State a Claim and Personal Jurisdiction [69]** - Plaintiff's Response is due May 8, 2025, and Defendant's Reply is due May 22, 2025.

    i. **Motion by Defendant https://www.pandahall.com/ to Motion to Dismiss for Failure to State a Claim and Personal Jurisdiction [46**] - Plaintiff's Response is due May 12, 2024, and Defendant's Reply is due May 26, 2025.

3. However, good cause exists to stay these briefings [69, 46].

4. Defendant Pandahall and Defendant Pandawhole both contest personal jurisdiction [69, 46]. Yet, both are independent websites.

5. As a result, the independent third party discovery from PayPal does not disclose any sales figures of respective Infringing Products.

6. Defendant Pandahall and Defendant Pandawhole both claim no sales to Illinois with self-serving declarations.

7. However, Plaintiff has shown Defendant Pandahall and Defendant Pandawhole both stand ready, willing, and able to sell and ship Infringing Products to Illinois.

8. Also, Defendants are commonly owned, where the combined frozen assets linked to the PayPal accounts associated with the Infringing Products is relatively high.

9. Also, Plaintiff issued written discovery aimed at the complete sales records of Defendant Pandahall and Defendant Pandawhole's Infringing Products, and complete sales records of products of Defendant Pandahall and Defendant Pandawhole to determine the source of the frozen funds since both Defendant Pandahall and Defendant Pandawhole claim allegedly no sales of Infringing Products.

10. On March 12, 2025, Plaintiff issued written discovery on Defendant Pandahall. Defendant Pandahall's responses were due no later than **March 19, 2025**.

11. On March 28, 2025, Plaintiff issued written discovery on Defendant Pandawhole. Defendant Pandawhole's responses were due no later than **April 4, 2025**.

12. Plaintiff has sent multiple deficiency letters, engaged in three meet and confers, and exchanged numerous emails with Defendants' Counsel regarding the discovery.

13. Plaintiff currently believes significant deficiencies remain, including the true and correct sales records detailing both Infringing Products sales and other products sales, which would evidence the source of Defendants' frozen funds.

14. Specifically, in part, Defendants' Motion to Dismiss [69, 46] assert lack of personal jurisdiction over those specific Defendants based on little to no sales of Infringing Products (including none to Illinois) and their alleged contacts with the State of Illinois and the United States as a whole.

15. Plaintiff's written discovery, in part, requests information regarding Defendants' infringement operation and scope, Defendants' sales of Infringing Products to Illinois and the U.S., and because Defendants are independent websites, Defendants' sales records of other products, which is relevant for determining the source of Defendants' frozen funds and corroborating Defendants' self-serving declaration of no sales of Infringing Products.

16. Without written discovery, as provided in the Preliminary Injunction Order and timely issued by Plaintiff, Plaintiff is unable to provide a fully informed response to Defendants' Motions to Dismiss [69, 46].

17. Defendants' written discovery is long over-due, and Defendants continue to engage in substantive motion practice.

18. Plaintiff will be filing a second Motion to Compel discovery.

19. As a result, Plaintiff requests this Court stay the briefing of Defendants' Motions to Dismiss [69, 46] pending Plaintiff's Second Motion to Compel and/or Defendants' participation in good faith discovery.

20. This request is made for good cause and it will not prejudice any party nor any other pending motion.

WHEREFORE, Plaintiff respectfully moves this Court to stay the briefing of Defendants' Motions to Dismiss [69, 46] pending Plaintiff's Second Motion to Compel and/or good faith discovery by Defendants.

DATED: May 7, 2025  Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*