IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WENJIE XIE,**<br><br>Plaintiff,<br><br>v.<br><br>**THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",**<br><br>Defendants. | Civil Action No.: 25-cv-00325<br><br>Honorable Judge Jorge L. Alonso<br><br>Magistrate Judge Heather K. McShain |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 14, 2025 at 9:30am, Plaintiff Wenjie Xie, by its counsel, shall appear before the Honorable Judge Jorge L. Alonso via telephonic hearing or in Courtroom 1903 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then present Plaintiff's Motion to Stay [99].

DATED May 7, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*