# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Wenjie Xie

                                        Plaintiff,

v.                                                            Case No.: 1:25−cv−00325

                                                                       Honorable Jorge L. Alonso

The Entities and Individuals Identified in Annex A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: On its own motion, the Court strikes Defendants' motion to dismiss and to dissolve the preliminary injunction [104] as premature. Prior to filing any similar motion, the Defendants must comply with the process provided in the Court's 5/7/25 order [101]. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.