# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Wenjie Xie

                              Plaintiff,

v.                                       Case No.: 1:25−cv−00325

                                            Honorable Jorge L. Alonso

The Entities and Individuals Identified in Annex A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of Defendant Uideyvi's consolidated motion to vacate the default judgment and to dismiss on the grounds of a lack of personal jurisdiction. Because the issues raised are similar to those previously raised by other Defendants the Court denies the motion [110] without prejudice to refiling a consolidated motion with the other Defendants raising similar arguments after the conclusion of jurisdictional discovery following the process laid out in ECF No. 101. Motion hearing set for 7/15/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.