# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Wenjie Xie

                        Plaintiff,

v.                                                 Case No.: 1:25−cv−00325

                                                              Honorable Jorge L. Alonso

The Entities and Individuals Identified in Annex A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic motion hearing held 09/16/2025. For the reasons stated on the record, plaintiff's motion to compel [112] is granted. The Court also grants plaintiff's request for reasonable attorney's fees and costs associated with the motion to compel pursuant to Rule 37(a)(5)(A). Plaintiff is to file a fee petition by 09/19/2025. Defendants Pandahall and Pandawhole's response due 10/03/2025. No reply to be filed. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.