IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENJIE XIE,<br><br>Plaintiff,<br><br>v.<br><br>THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX "A",<br><br>Defendants. | Civil Action No.: 25-cv-00325<br><br>Honorable Judge Jorge L. Alonso<br><br>Magistrate Judge Heather K. McShain |

**PLAINTIFF'S FEE PETITION**

Pursuant to Minute Entry [123], Plaintiff Wenjie Xie ("Plaintiff") submits this fee petition requesting this Court to order Defendant https://www.pandahall.com/ ("Pandahall") and Defendant https://www.pandawhole.com/ ("Pandawhole") (collectively "Defendants") and their attorney at the law firm Law Offices of James Liu PLLC pay Plaintiff $35,550.00 as reasonable expenses incurred in connection with Plaintiff's Motion to Compel [112]. In further support of this Petition, Plaintiff states the following:

1. On January 22, 2025, this Court granted a Temporary Restraining Order ("TRO"), and on February 19, 2025, this Court entered a Preliminary Injunction Order ("PI Order"). [14, 30]. The TRO and PI Order both allowed Plaintiff to issue expedited discovery to Defendants. [14, 30].

2. On March 12, 2025, Plaintiff issued written discovery to Pandahall, with a due date of March 19, 2025. On March 28, 2025, Plaintiff issued written discovery to Pandawhole, with a due date of April 4, 2025.

1

3. Despite multiple meet and confers, via video conference and telephone, numerous deficiency letters, and countless emails, Defendants refused to provide complete answers and productions thereof.

4. On August 20, 2025, Plaintiff filed its Motion to Compel. [112].

5. On September 16, 2025, this Court granted Plaintiff's Motion to Compel and Plaintiff's request for reasonable attorney's fees and costs associated with Plaintiff's Motion to Compel pursuant to Rule 37(a)(5)(A). [123]. This Court further directed Plaintiff to file a fee petition by September 19, 2025. [123].

6. Plaintiff submits this Petition and Declaration of Ge (Linda) Lei in support thereof, quantifying the reasonable attorney's fees and costs associated with Plaintiff's Motion to Compel [112].

7. Rule 37(a)(5)(A) provides that "[i]f the motion is granted—or if the disclosure or requested discovery is provided after the motion was filed—the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees…"

8. As detailed in the Declaration of Ge (Linda) Lei, the reasonable attorney's fees and costs for Plaintiff's Motion to Compel [112] total: $35,550.00.
    a. Atty. Lei's 40.30 hrs x $500 = $20,150.00
    b. Atty. Boldt's 44.00 hrs x $350 = $15,400.00

9. The amount was determined by the total amount of hours each attorney billed, multiplied by each attorney's respective billing rate.

3

WHEREFORE, Plaintiff respectfully requests that this Court order Defendants and their counsel to pay Plaintiff its reasonable attorney's fees and costs in the amount of $35,550.00.

DATED September 19, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Ge (Linda) Lei
　　　　　　　　　　　　　　　　　　　　　　Ge (Linda) Lei
　　　　　　　　　　　　　　　　　　　　　　Getech Law LLC
　　　　　　　　　　　　　　　　　　　　　　203 N. LaSalle St., Suite 2100,
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　Attorney No. 6313341
　　　　　　　　　　　　　　　　　　　　　　Linda.lei@getechlaw.com
　　　　　　　　　　　　　　　　　　　　　　312-888-6633

　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF*