# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Wenjie Xie

                                       Plaintiff,

v.                                                            Case No.: 1:25–cv–00325

                                                                        Honorable Jorge L. Alonso

The Entities and Individuals Identified in Annex A, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

      MINUTE entry before the Honorable Heather K. McShain: In accordance with Rule 37(a)(5)(A), and for the reasons stated in the accompanying Order the Court finds that defendants' conduct which led to plaintiff's motion to compel discovery, [112], was not substantially justified and that no circumstances make an award of expenses unjust. Accordingly, the plaintiff's petition for reasonable attorney's fees, [124], is granted in part and plaintiff is awarded $9,250 in attorney's fees. Further, after reviewing defendants' opposition, the Court has concerns that it was drafted using generative AI and not properly reviewed before filing. An instructive example can be found in defendant's use of the case *Chicago Reg'l Council of Carpenters Pension Fund v. Celtic Floor Covering, Inc.,* 316 F. Supp. 3d 1044 (N.D. Ill. 2018). Defendant uses this citation for the proposition that a court can reduce the number of hours a petitioner claims to have worked "for a simple motion to compel[.]" [125] 5. However, the cited case does not concern a fee petition or motion to compel and never discusses the appropriate number of hours worked by attorneys on a motion. Rather, it is an order denying a motion to quash for failure to comply with L.R. 37.2. Further, the page cited for this proposition, 1052, does not exist. The case ends on page 1047. Even more concerning, defendant later quotes two sentences, purportedly from this case. [125] 5. While the first sentence can be found in the cited opinion, the second sentence cannot. Chicago Reg'l Council of Carpenters Pension Fund, 316 F. Supp. 3d at 1047. For these reasons, the Court finds there is good cause to enter the following order: any party in this litigation using generative AI to draft or write any filing, must comply with all relevant Federal Rules of Civil Procedure, including Rule 11(b) and any other applicable ethical rule. In addition, each party must include a declaration along with any filing in this case that was written or drafted using generative AI tools. This declaration must certify that the filing party has verified the correctness and accuracy of the factual information and legal citations present in the filing. Failure to do so may result in the filing being stricken. Enter Order. All matters related to the referral completed, the referral is closed. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.